AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| DOMINGO LOPEZ,<br><br>*Plaintiff(s)*<br>v.<br>GIANELA'S CORP., a Florida profit corporation D/B/A EL TAMBO GRILL, and RODOLFO ORE, individually, and CARLA ORE, individually,<br><br>*Defendant(s)* | Civil Action No.<br><br>21-CV-20221-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CARLA ORE
12861 SW 88 ST.
MIAMI, FL 33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: NATHALY SAAVEDRA, ESQ.
PEREGONZA THE ATTORNEYS, PLLC
1414 NW 107th Ave,
Suite 302
Doral, FL 33172
Tel. (786) 650-0202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 20, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Alisha Beasley-Martin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DOMINGO LOPEZ, <br><br> *Plaintiff(s)* <br> v. <br> GIANELA'S CORP., a Florida profit corporation D/B/A EL TAMBO GRILL, and RODOLFO ORE, individually, and CARLA ORE, individually, <br><br> *Defendant(s)* | Civil Action No. <br><br> 21-CV-20221-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GIANELA'S CORP.,
c/o Registered Agent
RODOLFO ORE, Registered Agent
12861 SW 88 ST.
MIAMI, FL 33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: NATHALY SAAVEDRA, ESQ.
PEREGONZA THE ATTORNEYS, PLLC
1414 NW 107th Ave,
Suite 302
Doral, FL 33172
Tel. (786) 650-0202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 20, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Southern District of Florida

DOMINGO LOPEZ,

*Plaintiff(s)*

v.

GIANELA'S CORP., a Florida profit corporation D/B/A EL TAMBO GRILL, and RODOLFO ORE, individually, and CARLA ORE, individually,

*Defendant(s)*

Civil Action No.

21-CV-20221-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RODOLFO ORE
12861 SW 88 ST.
MIAMI, FL 33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  NATHALY SAAVEDRA, ESQ.
PEREGONZA THE ATTORNEYS, PLLC
1414 NW 107th Ave,
Suite 302
Doral, FL 33172
Tel. (786) 650-0202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 20, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Alisha Beasley-Martin*
Deputy Clerk
U.S. District Courts